## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DEVENION SENTELL HILL, JR.,**

**Plaintiff,**

**v.**                                                                 **CASE NO. 23-3198-JWL**

**(FNU) TERRAZAZ, et al.,**

**Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Devenion Sentell Hill, Jr., a pretrial detainee who is housed at the Wyandotte County Detention Center (WCDC) in Kansas City, Kansas, filed this pro se civil action pursuant to 42 U.S.C. § 1983. (Doc. 1.) The matter comes before the Court on Plaintiff's second motion for leave to proceed in forma pauperis. (Doc. 6.) Although Plaintiff has now filed an appropriate inmate balance history report (Doc. 6-1), the affidavit in support—like the affidavit filed in support of his first motion for leave to proceed in forma pauperis—reflects that Plaintiff has "cash or checking or savings accounts" but he does not know the balance of those account or accounts. (*See* Doc. 3, p. 1.; Doc. 6, p. 1.)  Under 28 U.S.C. § 1915(a)(1), the affidavit submitted in support of a motion to proceed without prepayment of fees or security must "include[] a statement of all assets such prisoner possesses." Without such information, the Court cannot determine whether Plaintiff may proceed in forma pauperis.

The Court will allow Plaintiff additional time to supplement the motion with additional information. Plaintiff may submit a supplement to his motion (Doc. 6) that states the total balance of his cash, checking account, and/or savings account, at which point the Court will rule on the motion. If Plaintiff cannot discover the total balance, he should file with this Court an explanation

1

of what accounts exist; what, if any, efforts he has made to learn the balances of any accounts; and any other information relevant to why Plaintiff cannot discover the total balance of the account or accounts. If Plaintiff does not so supplement his motion to proceed in forma pauperis on or before September 25, 2023, the Court will deny the motion to proceed in forma pauperis.

Relatedly, because Plaintiff has now filed a second motion to proceed in forma pauperis with an adequate inmate account statement (Doc. 6), the initial motion to proceed in forma pauperis (Doc. 3) will be denied as moot.

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including September 25, 2023, to supplement his motion for leave to proceed in forma pauperis (Doc. 6) with the additional information described in this order. Because Plaintiff has filed a second motion for leave to proceed in forma pauperis (Doc. 6), his initial motion for leave to proceed in forma pauperis **(Doc. 3)** is **denied as moot**.

**IT IS SO ORDERED.**

DATED:  This 5th day of September, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge